CALVIN G. BRANCH, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Branch* v. *N. Y. C. & H. R. R. R. Co.,* 51 App. Div. 618, affirmed.
(Argued October 23, 1901; decided November 12, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 19, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles A. Pooley* for appellant.

*James P. Lindsay* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ. Not sitting: GRAY, J.